UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | ELECTRONICALLY FILED |
| ) | |
| v. ) | CIVIL ACTION NO. 3-11-mc-30-H |
| ) | |
| JOHN LIEBE, AS PRESIDENT OF JLDL, INC., ) | |
| ) | |
| Respondent. ) | |

PETITION TO ENFORCE
INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, David J. Hale, United States Attorney for the Western District of Kentucky, avers to this Court as follows:

I.

This is a proceeding brought pursuant to the provisions of Sections 7402(b) and 7604(a) of Title 26, U.S.C., to judicially enforce an Internal Revenue Service summons.

II.

Melissa Palmer is a revenue officer of the Internal Revenue Service, in the Small Business/Self-Employed Division in Louisville, Kentucky, and is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in Section 7602 of Title 26, U.S.C., and Treasury Regulations, Section 301.7602-1, 26 C.F.R. § 301.7602-1.

III.

The respondent resides or is found at the address shown on the summons, which address is within the jurisdiction of this Court.

IV.

Melissa Palmer, Revenue Officer, is conducting an investigation into the corporate tax liabilities of JLDL, Inc., for the taxable years as set forth in the declaration attached hereto and incorporated herein as Exhibit A.

V.

The respondent is in possession and control of testimony and documents concerning the above-described investigation.

VI.

On June 27, 2011, an Internal Revenue Service summons was issued by Melissa Palmer, Revenue Officer, directing the respondent to appear before Melissa Palmer, Revenue Officer, and showing the date and place respondent was required to appear, the testimony and books, papers, records, or other data the respondent was required to produce in order to comply therewith, and the manner in which service was made. An attested copy of the summons was served on the respondent, John Liebe, as President of JLDL, Inc., by leaving an attested copy at the respondent's last and usual place of abode, by Melissa Palmer, Revenue Officer, on June 29, 2011. The summons is attached hereto and incorporated herein as Exhibit B.

VII.

On the appearance date stated in the summons, the respondentdid not appear. The refusal to comply continues to date as set forth in the declaration attached hereto as Exhibit A.

VIII.

The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

IX.

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

X.

It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate the corporate tax liabilities as set forth in the declaration, Exhibit A.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing the respondent to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an order directing the respondent to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Melissa Palmer,

Revenue Officer, or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Melissa Palmer, Revenue Officer, or any other proper officer or employee of the Internal Revenue Service.

    3. That the United States recover its costs and attorneys' fees in maintaining this action.

    4. That the Court grant such other and further relief as is just and proper.

                       UNITED STATES OF AMERICA

                       DAVID J. HALE
                       United States Attorney

        By:   /S/ELIZABETH H. PARKS
             ELIZABETH H. PARKS
             Assistant U. S. Attorney
             510 W. Broadway, 10th Floor
             Louisville, KY 40202
             Telephone: (502) 582-6942
             Facsimile: (502) 582-7110